UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL SANDOVAL,<br><br>　　　　　　　　　Defendant. | Case No. CR12-236-JLR<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on April 16, 2013. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by David Jennings, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Tom Fitzgerald. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on December 3, 2012, by the Honorable James L. Robart for Theft of Public Money. He received 3 years of supervised release.

### PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 14, 2013, U.S. Probation Officer Christopher S. Luscher alleged that defendant violated the following conditions of supervised release:

1. Failing to notify the probation officer of a change in residence, on or before December 28, 2012.

2. Failing to follow instructions of the probation officer, since January 2, 2013, in violation of standard condition number 3.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing May 7, 2013, 1:30 p.m. before District Judge James L. Robart.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 16th day of April, 2013.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2